# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __18 Mag. 73__   Date __12/17/19__

USAO No. __2018R01095__

The Government respectfully requests the Court to dismiss without prejudice the ____ Complaint ✓ Removal Proceedings in

United States v. ~~Sandra Nelson~~ FNU LNU

The Complaint/Rule 40 Affidavit was filed on __1-5-18__

✓ U.S. Marshals please withdraw warrant.

_[signature]_
ASSISTANT UNITED STATES ATTORNEY

Justin Rodriguez
(Print name)

**SO ORDERED:**

_Kevin Nathaniel Fox_   __12/18/19__
UNITED STATES MAGISTRATE JUDGE   DATE

---

Distribution:   White → Court   Yellow → U.S. Marshals   Green → Pretrial Services   Pink → AUSA Copy